**Christopher Eugene COOK, Plaintiff—Appellant,**

v.

**Charles L. MANN, Sr.; Willis J. Fowler; Andrew P. Terrell, Defendants—Appellees.**

No. 10–6832.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 6, 2010.

Christopher Eugene Cook, Appellant pro se. Oliver Gray Wheeler, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Eugene Cook appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cook v. Mann,* No. 5:09–ct–03013–BO (E.D.N.C. Jan. 29, & June 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*